IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

05 APR 25 AM 11:...

ROBERT R. DI...CHO
CLERK, U.S. DI... CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| VS ) | CR. NO. 2:04CR20100-04-Ml |
| ) | |
| ARMARIO DOUGLAS ) | |
| Defendant. ) | |

## ORDER ON JURY VERDICT

This cause came on for trial on April 18, 2005, the United States Attorney for this District, Stephen Parker, representing the Government, and the defendant, Armario Douglas, appearing in person and with counsel, Michael Scholl.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments and jury charge, the jurors were excused to begin deliberation.

After due deliberation, the jury returned in open court on April 22, 2005, and announced a verdict of NOT GUILTY as to ALL COUNTS of the Indictment.

Jurors were polled individually.

ENTERED this the 22 day of April, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-27-05

178

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 178 in case 2:04-CR-20100 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT