IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western

FIL...

05 APR 27 AM 11: 4

ROBERT R. DI...O
CLERK, U.S. DI...T.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      Case No. 04-20100 Ml

Armario Douglas

## ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $1000.00, payable to Terry Duckworth at 267 East Inn Dr. Brownville, TN 38012 in full refund of the cash appearance bond posted herein.

                                                          _Ap. 26, 2005_
                                   United States District Judge
                                   Jon P. McCalla

Date: 4/26/05
Approved.
Robert R. DiTrolio, Clerk of Court
BY: _____
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 179 in case 2:04-CR-20100 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT